IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No.

CAPTURE ELEVEN, LLC,
a California limited liability company,

    Plaintiff,

v.

OTTER PRODUCTS, LLC,
a Colorado limited liability company, and
TREEFROG DEVELOPMENTS, INC. d/b/a
LIFEPROOF, a Delaware corporation.

    Defendants.

## PLAINTIFF CAPTURE ELEVEN, LLC'S DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Capture Eleven, LLC ("Capture Eleven") makes the following disclosures:

Capture Eleven is a non-governmental corporate party and does not have any parent corporation. No publicly-held corporation owns 10% or more of Capture Eleven's stock.

Capture Eleven understands that under Rule 7.1 of the Federal Rules of Civil Procedure, it should promptly file a supplemental statement upon any change in the information that this statement requires.

Dated: August 24, 2020                             Respectfully submitted,


                                                   /s/ Ben L. Wagner
                                                   TROUTMAN PEPPER HAMILTON
                                                   SANDERS LLP
                                                   Ben L. Wagner, Esq.
                                                   11682 El Camino Real
                                                   Suite 400
                                                   San Diego, CA 92130

                                                   TROUTMAN PEPPER HAMILTON
                                                   SANDERS LLP
                                                   Erica H. Dressler, Esq.
                                                   3000 Two Logan Square
                                                   Eighteenth and Arch Streets
                                                   Philadelphia, PA  19103-2799
                                                   *Court Admission Forthcoming*

                                                   *Attorneys for Plaintiff Capture Eleven, LLC*

## CERTIFICATE OF SERVICE

I, Ben L. Wagner, hereby certify that on August 24, 2020 a true and correct copy of the foregoing Plaintiff Capture Eleven, LLC's Disclosure Statement Pursuant to Federal Rule of Civil Procedure 7.1 was electronically filed with the Court's ECF system and served on all counsel of record who are deemed to have consented to electronic service.

TROUTMAN PEPPER HAMILTON SANDERS LLP

By: /s/ Ben L. Wagner
       Ben L. Wagner, Esq.

*Attorneys for Plaintiff Capture Eleven, LLC*