IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE CHARLOTTE N. SWEENEY**

---

Civil Action:     22-cv-02551-CNS-KLM                Date:  September 1, 2022
Courtroom Deputy:  Julie Dynes                        Court Reporter: Sarah Mitchell

---

| Parties | Counsel |
|---|---|

THE CAPTURE ELEVEN GROUP,                            *Benjamin Wagner*

**Plaintiff/Counter Defendant,**

v.

OTTER PRODUCTS,                                      *James Beard*
TREEFROG DEVELOPMENTS INC,                           *Heather Kliebnstein*

**Defendants/Counter Claimants,**

v.

VERITY HOSKINS PRODUCTION INC,

**Third-Party Defendant.**

---

## COURTROOM MINUTES

---

**ORAL ARGUMENT**

Court in Session:  9:07 a.m.

Appearance of counsel.

Argument given as to [88] Plaintiff's Motion for Summary Judgment by Mr. Wagner questions from the Court.

Argument given as to [88] Plaintiff's Motion for Summary Judgment by Ms. Kliebenstein with questions from the Court.

Additional argument by Mr. Wagner with questions from the Court.

The Court makes findings of fact, conclusions of law. As outlined on the record it is

**ORDERED:**   **[88] Plaintiff's Motion for Summary Judgment is DENIED.**

**Parties are to confer and submit proposed deadlines as to experts by September 12, 2022.**

**Once that is submitted, the Court will set a Pretrial Conference.**

Discussion held on state law versus federal law as to revocability.

**ORDERED:**   **Parties may submit briefs, limited to 8-pages, by September 12, 2022, as to revocability and whether state or federal law applies.**

Court in Recess:  10:48 a.m.          Hearing concluded.          Total time in Court:  01:41