IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-02551-CNS-KAS
*Consolidated with Civil Action No. 1:21-cv-00068-CNS-KAS*

THE CAPTURE ELEVEN GROUP, a California corporation,

 Plaintiff/Counter-Defendant,

v.

OTTER PRODUCTS, LLC, a Colorado limited liability company,

 Defendant/Counter-Plaintiff/Cross-Claimant,

v.

VERITY HOSKINS PRODUCTION, INC.,

 Third-Party Defendant.

---

## AMENDED FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

This action was tried before a jury of nine duly sworn to try the issues herein with United States District Judge Charlotte N. Sweeney presiding, and the jury has rendered a verdict. Pursuant to the jury verdict, orders issued during the trial, and the Orders entered on November 5, 2024, [ECF No. 323] and April 9, 2025, [ECF No. 349] it is

ORDERED that judgment is entered in favor of the plaintiff, The Capture Eleven Group, and against the defendant, Otter Products, LLC, as follows:

a. $57,000 in actual damages incurred as a result of Otter's use of asserted images of the '648 Registration and its '728 Supplement on or after June 1, 2018;

b. $57,000 in actual damages incurred as a result of Otter's use of asserted images of the '647 Registration and its '732 Supplement on or after June 1, 2018;

c. $3,000,000 (three million dollars) attributable to Otter's profits to the use of five asserted images (Dirtbiker, Skateboarder, Longboarder, Running Woman, Commuter Cyclist) outside the scope of an implied license on or after June 1, 2018.

d. $1,216,045 in prejudgment interest.

It is

FURTHER ORDERED that the plaintiff is awarded its costs, to be taxed by the Clerk of the Court pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1. It is

FURTHER ORDERED that the plaintiff is awarded post-judgment interest at the rate of 4.28%.

FURTHER ORDERED that consolidated case 1:21-cv-00068-CNS-KAS *Capture Eleven Group, The et al v. Otter Products, LLC et al.* is closed.

Dated: April 9, 2025

FOR THE COURT:

Jeffrey P. Colwell, Clerk

By s/ J. Dynes
J. Dynes, Deputy Clerk